| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Paula Baker | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>Paola Baker | C. Date of Delivery<br>10-3-22 |
| 1. Article Addressed to:<br>K. Baker Inc<br>Ralton Baker<br>683 Hwy 40<br>Ph.7 Campbell, AL 35581 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6693 1060 8847 33 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 0640 0001 1509 4005 | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | |

PS Form 3811, July 2020 PSN 7530-02-000-9053                                    Domestic Return Receipt

# EDWARD J. WOMAC, JR. & ASSOCIATES, LLC
## ATTORNEYS AND COUNSELORS AT LAW

| | | |
|---|---|---|
| EDWARD J. WOMAC, JR.<br>MATTHEW J. SUTTON<br>BRIAN J. BRANCH<br>DOUGLAS J. WOMAC, JR.<br>CHRISTOPHER J. WILLIAMSON<br>SCOTT P. GRIFFIN<br>JONATHAN R. MARLOWE<br>ANDREW J. MURPHY<br>JOSEPH G. LASSALLE<br>JEANANNE F. MONTGOMERY | 3501 CANAL STREET<br>NEW ORLEANS, LA 70119<br>TELEPHONE: (504) 486-9999<br>FACSIMILE (504) 488-4178<br>www.edwardwomac.com | RYAN E. WOMAC<br>JEFFREY C. GASSER<br>JORDAN A. WOMAC<br>DAVID G. KLEINSCHMIDT<br>JARED B. CIVELLO<br>KYLE M. WIEDEMANN<br>GARY M. LANGLOIS, JR.<br>VICTORIA W. QUINLIVAN<br>ASHLEY B. FISCHER<br>GUY S. PARKS |

DIRECT DIAL: (504) 378-3454
EMAIL: dwomac@edwardwomac.com

*Reply to Canal Street Office*

September 29, 2022

**Via Certified & U.S. Mail**
**Return Receipt Requested**
R. Baker Inc.
Through its Registered Agent for Service of Process:
Ralton Baker
683 Hwy 40
Phil Campbel, AL 35581

      Re:    *Raymond Hughes, Jr. vs. National Casualty Company, Shyne Bright Van Transportation, LLC, and Jacob Malone*
              21st Judicial District Court No. 22-0002951, Div. D Section

Dear Sir or Madam:

Please find enclosed a citation and petition, which is being served pursuant to the Louisiana Long Arm Statue. This constitutes personal service and requires that an answer be filed within thirty (30) days of receipt of this letter.

Therefore, please forward a copy of the Petition for Damages to your counsel immediately so that no adverse action is taken against you.

                                              Sincerely,

                                              Douglas J. Womac, Jr.

DJW/rpw
Enclosure: as indicated

# CITATION – LONG ARM



**D381012**

**RAYMOND C HUGHES**

**VS**

**NATIONAL CASUALTY COMPANY**



**CLERK OF COURT**

**DOCKET NUMBER:** C-20220002951
*Division:* D
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

To: R. BAKER INC
VIA LAS THRU REGISTERED AGENT RALTON BAKER
683 HWY 40
PHIL CAMPBEL, AL
35581

Parish of _____.

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-first Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within 30 days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" hereof, under penalty of default.

This service was requested by WOMAC, DOUGLAS J and was issued by the Clerk of Court on the SEPTEMBER 27, 2022.

<u>Pleading Served</u>
PETITION FOR DAMAGES

_____
Deputy Clerk of Court for
*GARY STANGA,* Clerk of Court

## Service Information

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20___ served the above named party as follows:

**Personal Service** on the party herein named _____.

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:** _____.

Returned:
Parish of _____ this _____ day of _____, 20___.

Service   $ _____
Mileage   $ _____          By: _____
Total     $ _____                    *Deputy Sheriff*

**SERVICE**

Tangipahoa Parish Clerk of Court   20220002951
Filed Sep 23, 2022 2:49 PM          D
Marsha Casanova
Deputy Clerk of Court

## 21st JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

## STATE OF LOUISIANA

NO.                                                                                           DIVISION " "

### RAYMOND C. HUGHES, JR.

### VS.

### NATIONAL CASUALTY COMPANY, JACOB D. MALONE and R., BAKER, INC.

FILED:_____                              _____
                                                                                            DEPUTY CLERK

### PETITION FOR DAMAGES

The Petition of **RAYMOND C. HUGHES, JR.**, a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, respectfully represents:

I.

Made defendants herein are:

**NATIONAL CASUALTY COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana;

**JACOB D. MALONE**, a person of the full age of majority and a resident of the State of Alabama; and

**R., BAKER, INC.**, a foreign company incorporated in the State of Alabama.

II.

Defendants herein are jointly and *in solido* liable and indebted unto Petitioner for such damages as are reasonable in the premises, including past and future physical pain and suffering, past and future mental pain and suffering, past and future loss of enjoyment of life, disability to the body, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, and loss of consortium together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for the following to-wit:

III.

On or about **October 21, 2021**, an accident occurred on U.S. Route 51 near the intersection of Louisiana Highway 1048 in the Parish of Tangipahoa, State of Louisiana, wherein the vehicle owned by **R. BAKER, INC.**, and operated by **JACOB D. MALONE** left its lane of travel and struck the driver's side of the vehicle owned by **VAN TRANSPORTATION, LLC**,


Certified True and Correct Copy
CertID: 2022092700069

Tangipahoa Parish
Deputy Clerk Of Court

Generated Date:
9/27/2022 11:00 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

and operated by **RAYMOND C. HUGHES, JR.**, which was parked on the shoulder of U.S. Route 51.

### IV.

The sole and proximate cause of the above-referenced accident was the negligence and fault of the defendant, **JACOB D. MALONE**, which is attributed to, but not limited to, the following non-exclusive particulars:

a) Improper lane usage;

b) Failure to maintain a safe distance from other vehicles;

c) Careless Operation;

d) Failure to maintain reasonable and proper control of the vehicle which he was operating;

e) Failure to see what he should have seen;

f) Failure to keep a good and careful lookout;

g) Driving at an excessive rate of speed or at a speed greater than was reasonable and prudent under the circumstances;

h) Operating his vehicle in a careless and reckless manner without regard for the safety of others;

i) Failure to follow the customary rules of the road of the State of Louisiana, which rules are specifically pled herein as though copied *in extenso;* and

j) Any and all other acts of negligence which may be proven at the trial of this matter.

### V.

As a result of the subject accident and negligence of the above-referenced defendant, **JACOB D. MALONE**, Petitioner, **RAYMOND C. HUGHES, JR.**, was injured and is entitled to recover such damages as are reasonable in the premises.

### VI.

Upon information and belief, it is alleged that at all times material hereto, that **JACOB D. MALONE** was in the course and scope of his employment for and/or on a mission and/or errand for **R. BAKER, INC.**, on the date of this accident, thus rendering said defendant, **R.**



Certified True and Correct Copy
CertID: 2022092700069

Tangipahoa Parish
Deputy Clerk Of Court

Generated Date:
9/27/2022 11:00 AM

BAKER, INC., vicariously liable unto Petitioner with the other named defendants.

VII.

Upon information and belief, it is alleged that at all times material hereto, including but not limited to the date of the subject accident defendant, **NATIONAL CASUALTY COMPANY**, provided a policy of automobile liability insurance on the vehicle owned by **R. BAKER, INC.**, and operated by **JACOB D. MALONE**, and said policy provided coverage for the type of loss sued upon herein, thus rendering the defendant, **NATIONAL CASUALTY COMPANY**, liable unto Petitioner with the other named defendants.

**WHEREFORE**, Petitioner prays that defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment rendered herein in favor of Petitioner and against the defendants, **NATIONAL CASUALTY COMPANY, JACOB D. MALONE and R., BAKER, INC.**, jointly and *in solido* in amounts as are reasonable in the premises, including past and future physical pain and suffering, past and future mental pain and suffering, past and future loss of enjoyment of life, disability to the body, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, and loss of consortium together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief as the Court deems fit.

Respectfully submitted,

**LAW OFFICES OF EDWARD J. WOMAC, JR. & ASSOCIATES, LLC**

EDWARD J. WOMAC, JR. #02195
DOUGLAS J. WOMAC, JR. #31570
3501 Canal Street
New Orleans, LA 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178

**Certified True and Correct Copy**
CertID: 2022092700069

Tangipahoa Parish
Deputy Clerk Of Court

Generated Date:
9/27/2022 11:00 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**PLEASE SERVE:**

**NATIONAL CASUALTY COMPANY**
Through Its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**JACOB D. MALONE**
Via Louisiana Long Arm Statute
3536 Highway 63
Phil Campbell, Alabama 35581

**R., BAKER, INC.**
Via Louisiana Long Arm Statute and Through Its Registered Agent for Service of Process:
Ralton Baker
683 Highway 40
Phil Campbell, Alabama 35581



Certified True and
Correct Copy
CertID: 2022092700069



Tangipahoa Parish
Deputy Clerk Of Court

Generated Date:
9/27/2022 11:00 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).